**No. P68/427.**—Jarrell-Ash Co. v. United States, protests 62/11850, etc. (Boston).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of silver rods and grain similar in all material respects to those the subject of *Jarrell-Ash Co.* v. *United States* (60 Cust. Ct. 65, C.D. 3261), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 7, 1968

**No. P68/428.**—Frederick Lunning, a Division of Georg Jensen, Inc. v. United States, protest 66/13966 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of vases in mineral colors similar in all material respects to those the subject of *F. Lunning, Inc.*, and *Traders Service Corp. et al.* v. *United States* (39 Cust. Ct. 271, C.D. 1941), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 8, 1968

**No. P68/429.**—Check Writer Co., Inc. v. United States, protest 65/1583 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of calculating machines similar in all material respects to those the subject of *United States* v. *Air-Sea Forwarders, Wholesale Business Machines et al.* (54 CCPA 67, C.A.D. 907), the claim of the plaintiff was sustained.